# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0046

VERSUS

JOHN GAVIN BALLARD

**MARCH 14, 2022**

---

In Re:   John Gavin Ballard, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0075-F-2021.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** The trial court abused its discretion in failing to continue the hearing when the defense attorney only recently learned of a potential witness for the defendant. The ruling of the trial court is vacated and this matter is remanded for further proceedings.

**JMG**
**GH**

**Chutz, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT